April 11, 2008

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1160

In Regard to the Matter of:

Bayside State Prison Litigation

ROBERT FRIEDLAND

-vs-

WILLIAM H. FAUVER, et al,

      Defendants.

Opinion and Report of the Special Master

\*   \*   \*   \*

FRIDAY, APRIL 11, 2008

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

```
 1

 2

 3              Transcript of proceedings in the above

 4    matter taken by Theresa O. Mastroianni, Certified

 5    Court Reporter, license number 30X100085700, and

 6    Notary Public of the State of New Jersey at the

 7    United States District Court House, One Gerry Plaza,

 8    Camden, New Jersey, 08102, commencing at 9:30 AM.

 9

10

11

12

13

14

15

16

17

18

19

20

21              MASTROIANNI & FORMAROLI, INC.
          Certified Court Reporting & Videoconferencing
22                251 South White Horse Pike
                  Audubon, New Jersey 08106
23                     856-546-1100

24

25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4        ROSELLI & GRIEGEL, PC
          BY:  MARK ROSELLI, ESQUIRE
 5             - and -
          BY:  JAMES LAZZARO, ESQUIRE
 6        1337 STATE HIGHWAY 33
          HAMILTON SQUARE, NEW JERSEY  08690
 7        609-586-2257
          ATTORNEYS FOR THE DEFENDANTS
 8
 9
      A L S O   P R E S E N T:
10
11
          LOUGHRY & LINDSAY, ESQUIRES
12        BY:  PATRICIA GOOD
          330 MARKET STREET
13        CAMDEN, NEW JERSEY 08102
          856-968-9201
14        ATTORNEYS FOR THE PLAINTIFFS
15
16
17
18
19
20
21
22
23
24
25
```

1          JUDGE BISSELL:  The first of the oral

2     opinions being delivered today pursuant to Local

3     Civil Rule 52.1 is that involving Robert Friedland in

4     case number 08-1160.

5               This opinion/report is being issued

6     pursuant to the directives of the Order of Reference

7     to a Special Master and the Special Master's

8     Agreement and the guiding principles of law which

9     underlie this decision to be applied to the facts

10    upon which it is based as set forth in the jury

11    instructions in the Walker and Mejias jury charges to

12    the extent applicable to the allegations of Mr.

13    Friedland.

14              As finalized after review under Local

15    Civil Rule 52.1, this transcript will constitute the

16    written report required under paragraph seven of the

17    Order of Reference to a Special Master.

18              Robert Friedland was housed in Trailer

19    Number Two at the times pertinent to the lockdown.

20    He describes two incidents of encounters with SOG

21    which he alleges are actionable here as Eighth

22    Amendment violations.  His testimony essentially on

23    direct examination as to those incidents appears at

24    the transcript of March 27th, 2008 at pages 11

25    through 15 and at pages 18 through 26.  I incorporate

1    that testimony by reference here rather than reciting

2    it at length.  I find it, however, incredible for

3    several reasons which I will develop hereafter.

4                Several statements before me and other

5    facts of record so adversely affect Mr. Friedland's

6    credibility that I find he has not proven either the

7    alleged assaultive conduct or the consequential

8    injuries, particularly the alleged broken toe from

9    the first incident and the alleged broken rib from

10   the second.

11               He stated, and I'm summarizing, that

12   his toe was broken by a SOG who stamped on his foot

13   with his boot.  And he presented that toe on his left

14   foot, as I recall, for me to examine.  He stated

15   initially that it was the middle toe.  It turns out

16   it was the toe directly adjacent to the big toe.  I

17   don't consider that discrepancy significant and there

18   is no doubt that that toe is considerably deformed

19   and, in fact, angled as he testified.

20               However, all the evidence in this case

21   is that the SOG officers were big men.  I don't think

22   it's an impermissible inference to assume that big

23   men have big feet and wear big boots.  The thought

24   that having his foot stomped upon by the boot of a

25   SOG officer and an injury isolated to one toe with no

1  affect on those adjacent to it is just not credible.

2  I don't think that's fatal speculation at all. And

3  accordingly, while there is no doubt that at some

4  point and in some way he has suffered a broken and

5  permanently injured toe, he failed to prove that it

6  was from this incident.

7           He talks also of a broken rib and then

8  described in some detail that it was broken to be

9  reset. That medical event in itself is not an

10 entirely unusual one. There probably isn't any of us

11 here who hasn't had a broken bone that didn't set

12 well and had to be reset so that it would.

13          However, his testimony that this rib

14 was reset without anesthesia, even a local, just

15 broken on the spot and then reset on the spot with no

16 anesthesia is also not credible. The only thing I

17 can determine from that, as I said, incredible

18 explanation is that somehow or other he was looking

19 to enhance both the severity of his injuries and his

20 consequential pain and suffering for our benefit

21 here.

22          There are other aspects of his

23 recounting of these incidents that are not credible

24 either. He claims that upon being accosted by the

25 SOG officers, as I recall it, on the first occasion

1   or the record might reveal on both, that there were

2   references to the fact that he was suing the

3   Department of Corrections.  "You're the guy that sues

4   the DOC, is it worth it?"

5              However, while I can understand that

6   this is some sort of an effort on Mr. Friedland's

7   part to gain a link to contemporaneous events that

8   might support in logic the attacks upon him, it has

9   no traction with me.  The dispute that he had with

10  the Department of Corrections which was necessarily a

11  named defendant was a parole dispute.  It had nothing

12  to do with the conduct of line corrections officers.

13  I'll assume for the moment that for one reason or

14  another the SOG officers might have known of that,

15  but frankly it had nothing to do and no significant

16  impact on any line or even supervisory corrections

17  officers.

18              As I've said frequently in opinions

19  here and will continue to do, a fact finder, like we

20  tell our jurors, has to exercise some common sense

21  and make a determination guided by common sense as

22  well as the record as to what actually occurred here.

23  There is nothing credible in those remarks attributed

24  to SOG officers.

25              Mr. Friedland also testified about

1  repeated meetings with Administrator Faunce and Mr.

2  Albino in which they were endevoring to force him to

3  release statements that he had received from other

4  prisoners and saying that we'll basically fast track

5  you out of the system if those statements are

6  released to us.  At one point he said also that he

7  refused to do so and basically "took the fall" for

8  others.

9            First, I assessed Mr. Friedland,

10 watched his demeanor and considered the record

11 developed in connection with the crimes of dishonesty

12 of which he was convicted, including bilking fellow

13 investors in real estate syndicates, as well as his

14 other testimony.  Mr. Friedland is not one who takes

15 a fall for anybody.  And for him, essentially, to

16 imply here that he subjected himself to months and

17 months and months of ad-seg, including at other

18 institutions, because he remained silent and refused

19 to reveal statements from fellow prisoners is equally

20 incredible.

21            Furthermore, Mr. Albino, whom I did

22 find to be a credible witness here, testified that

23 neither in the course of his normal duties nor

24 particularly with Mr. Friedland did he have repeated

25 meetings in connection with the events ascribed to

1   him. He further testified, and I find quite

2   accurately and logically, that he had no need for

3   these statements. Litigation had ensued, attorneys

4   had been retained and were conducting interviews at

5   the prison, and the accessibility of those documents

6   through discovery, if necessary, was, at least in his

7   view, present. So under those circumstances, once

8   again, Mr. Friedland's testimony is just not worthy

9   of belief.

10           Although I did not permit its

11   exploration in detail nor allow documentary evidence

12   to come in in connection with the charges which did

13   lead Mr. Friedland to ad-seg, nevertheless, the fact

14   of such charges was tendered as a credible

15   explanation as to why he found himself in that

16   status.

17           For all of the considerations and

18   determinations recited above, I find Mr. Friedland

19   has failed to establish his claims here of any Eighth

20   Amendment violations whatsoever.

21           Finally, although not every item of

22   evidence has been discussed in this opinion/report,

23   all evidence presented to the Special Master was

24   reviewed and considered.

25           For the reasons set forth above, I

April 11, 2008

Page 10

1  recommend in this report that the district court
2  enter an order and judgment of no cause for action
3  with regard to Robert Friedland.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

schedules@mfreporting.com          Mastroianni & Formaroli, Inc.          856-546-1100
Professionals Serving Professionals

```
 1                C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19        _____

          Theresa O. Mastroianni, C.S.R.

20        Notary Public, State of New Jersey

          My Commission Expires May 5, 2010

21        Certificate No. XI0857

          Date:  April 13, 2008

22

23

24

25
```



**A**
accessibility 9:5
accosted 6:24
accurate 11:6
accurately 9:2
action 1:2 10:2 11:11,14
actionable 4:21
adjacent 5:16 6:1
Administrator 8:1
adversely 5:5
ad-seg 8:17 9:13
affect 5:5 6:1
Agreement 4:8
al 1:8
Albino 8:2,21
allegations 4:12
alleged 5:7,8,9
alleges 4:21
allow 9:11
Amendment 4:22 9:20
anesthesia 6:14 6:16
angled 5:19
anybody 8:15
appears 4:23
applicable 4:12
applied 4:9
April 1:13 11:21
ascribed 8:25
aspects 6:22
assaultive 5:7
assessed 8:9
assume 5:22 7:13
attacks 7:8
attorney 11:10 11:12
attorneys 3:7,14 9:3
attributed 7:23
Audubon 2:22

**B**
based 4:10
basically 8:4,7
Bayside 1:4
belief 9:9
benefit 6:20
big 5:16,21,22 5:23,23
bilking 8:12
BISSELL 1:16 4:1
bone 6:11
boot 5:13,24
boots 5:23
broken 5:8,9,12 6:4,7,8,11,15

**C**
C 3:2 11:1,1
Camden 2:8 3:13
case 4:4 5:20
cause 10:2
Certificate 11:21
Certified 2:4,21 11:4
certify 11:5,9
charges 4:11 9:12,14
circumstances 9:7
Civil 1:2 4:3,15
claims 6:24 9:19
come 9:12
commencing 2:8
Commission 11:20
common 7:20,21
conduct 5:7 7:12
conducting 9:4
connection 8:11 8:25 9:12
consequential 5:7 6:20
consider 5:17

considerably 5:18
considerations 9:17
considered 8:10 9:24
constitute 4:15
contemporanc... 7:7
continue 7:19
convicted 8:12
corrections 7:3 7:10,12,16
counsel 11:10,12
course 8:23
court 1:1 2:5,7 2:21 10:1
credibility 5:6
credible 6:1,16 6:23 7:23 8:22 9:14
crimes 8:11
C.S.R 11:19

**D**
date 11:8,21
decision 4:9
defendant 7:11
Defendants 1:9 3:7
deformed 5:18
delivered 4:2
demeanor 8:10
Department 7:3 7:10
described 6:8
describes 4:20
detail 6:8 9:11
determination 7:21
determinations 9:18
determine 6:17
develop 5:3
developed 8:11
direct 4:23

directives 4:6
directly 5:16
discovery 9:6
discrepancy 5:17
discussed 9:22
dishonesty 8:11
dispute 7:9,11
district 1:1,1 2:7 10:1
DOC 7:4
documentary 9:11
documents 9:5
doubt 5:18 6:3
duties 8:23

**E**
E 3:2,2,9,9 11:1 11:1
effort 7:6
Eighth 4:21 9:19
either 5:6 6:24
employee 11:10 11:12
encounters 4:20
endevering 8:2
enhance 6:19
ensued 9:3
enter 10:2
entirely 6:10
equally 8:19
ESQUIRE 3:4,5
ESQUIRES 3:11
essentially 4:22 8:15
establish 9:19
estate 8:13
et 1:8
event 6:9
events 7:7 8:25
evidence 5:20 9:11,22,23
examination 4:23

examine 5:14
exercise 7:20
Expires 11:20
explanation 6:18 9:15
exploration 9:11
extent 4:12

**F**
F 11:1
fact 5:19 7:2,19 9:13
facts 4:9 5:5
failed 6:5 9:19
fall 8:7,15
fast 8:4
fatal 6:2
Faunce 8:1
FAUVER 1:8
feet 5:23
fellow 8:12,19
finalized 4:14
Finally 9:21
financially 11:13
find 5:2,6 8:22 9:1,18
finder 7:19
first 4:1 5:9 6:25 8:9
foot 5:12,14,24
force 8:2
foregoing 11:5
FORMAROLI 2:21
forth 4:10 9:25 11:8
found 9:15
frankly 7:15
frequently 7:18
FRIDAY 1:13
Friedland 1:6 4:3,13,18 7:25 8:9,14,24 9:13 9:18 10:3
Friedland's 5:5

7:6 9:8
further 9:1 11:9
**Furthermore** 8:21

**G**
gain 7:7
Gerry 2:7
**GOOD** 3:12
**GRIEGEL** 3:4
guided 7:21
guiding 4:8
guy 7:3

**H**
H 1:8
**HAMILTON** 3:6
hereinbefore 11:8
**HIGHWAY** 3:6
**HONORABLE** 1:16
Horse 2:22
House 2:7
housed 4:18

**I**
impact 7:16
impermissible 5:22
imply 8:16
incident 5:9 6:6
incidents 4:20 4:23 6:23
including 8:12 8:17
incorporate 4:25
incredible 5:2 6:17 8:20
inference 5:22
initially 5:15
injured 6:5
injuries 5:8 6:19
injury 5:25
institutions 8:18

instructions 4:11
interested 11:13
interviews 9:4
investors 8:13
involving 4:3
isolated 5:25
issued 4:5
item 9:21

**J**
**JAMES** 3:5
Jersey 1:1 2:6,8 2:22 3:6,13 11:5,20
**JOHN** 1:16
**JUDGE** 4:1
judgment 10:2
jurors 7:20
jury 4:10,11

**K**
known 7:14

**L**
L 3:9
law 4:8
**LAZZARO** 3:5
lead 9:13
left 5:13
length 5:2
license 2:5
**LINDSAY** 3:11
line 7:12,16
link 7:7
Litigation 1:5 9:3
local 4:2,14 6:14
lockdown 4:19
logic 7:8
logically 9:2
looking 6:18
**LOUGHRY** 3:11

**M**

March 4:24
**MARK** 3:4
**MARKET** 3:12
Master 1:5,16 4:7,17 9:23
Master's 4:7
Mastroianni 2:4 2:21 11:3,19
matter 1:3 2:4
medical 6:9
meetings 8:1,25
Mejias 4:11
men 5:21,23
middle 5:15
moment 7:13
months 8:16,17 8:17

**N**
N 3:2,9
named 7:11
necessarily 7:10
necessary 9:6
need 9:2
neither 8:23 11:9,11
nevertheless 9:13
New 1:1 2:6,8,22 3:6,13 11:4,20
normal 8:23
Notary 2:6 11:3 11:20
number 2:5 4:4 4:19

**O**
O 2:4 3:9 11:3 11:19
occasion 6:25
occurred 7:22
officer 5:25
officers 5:21 6:25 7:12,14 7:17,24
once 9:7

Opinion 1:4
opinions 4:2 7:18
opinion/report 4:5 9:22
oral 4:1
order 4:6,17 10:2

**P**
P 3:2,2,9
pages 4:24,25
pain 6:20
paragraph 4:16
parole 7:11
part 7:7
particularly 5:8 8:24
parties 11:11
**PATRICIA** 3:12
PC 3:4
permanently 6:5
permit 9:10
pertinent 4:19
Pike 2:22
place 11:8
**PLAINTIFFS** 3:14
Plaza 2:7
point 6:4 8:6
present 9:7
presented 5:13 9:23
principles 4:8
prison 1:4 9:5
prisoners 8:4,19
probably 6:10
proceedings 2:3
prove 6:5
proven 5:6
Public 2:6 11:3 11:20
pursuant 4:2,6

**Q**
quite 9:1

**R**
R 3:2,9 11:1
real 8:13
reason 7:13
reasons 5:3 9:25
recall 5:14 6:25
received 8:3
recited 9:18
reciting 5:1
recommend 10:1
record 5:5 7:1 7:22 8:10
recounting 6:23
reference 4:6,17 5:1
references 7:2
refused 8:7,18
regard 1:3 10:3
relative 11:10,12
release 8:3
released 8:6
remained 8:18
remarks 7:23
repeated 8:1,24
report 1:4 4:16 10:1
Reporter 2:5 11:4
Reporting 2:21
required 4:16
reset 6:9,12,14 6:15
retained 9:4
reveal 7:1 8:19
review 4:14
reviewed 9:24
rib 5:9 6:7,13
Robert 1:6 4:3 4:18 10:3
**ROSELLI** 3:4,4
Rule 4:3,15

**S**
S 3:2,9,9
saying 8:4

second 5:10
sense 7:20,21
set 4:10 6:11
    9:25 11:8
seven 4:16
severity 6:19
Shorthand 11:4
significant 5:17
    7:15
silent 8:18
SOG 4:20 5:12
    5:21,25 6:25
    7:14,24
sort 7:6
South 2:22
Special 1:5,16
    4:7,7,17 9:23
speculation 6:2
spot 6:15,15
SQUARE 3:6
stamped 5:12
State 1:4 2:6 3:6
    11:4,20
stated 5:11,14
statements 5:4
    8:3,5,19 9:3
States 1:1 2:7
status 9:16
stenographica...
    11:7
stomped 5:24
STREET 3:12
subjected 8:16
sues 7:3
suffered 6:4
suffering 6:20
suing 7:2
summarizing
    5:11
supervisory 7:16
support 7:8
syndicates 8:13
system 8:5

**T**
T 3:9 11:1,1

taken 2:4 11:7
takes 8:14
talks 6:7
tell 7:20
tendered 9:14
testified 5:19
    7:25 8:22 9:1
testimony 4:22
    5:1 6:13 8:14
    9:8 11:6
Theresa 2:4 11:3
    11:19
thing 6:16
think 5:21 6:2
thought 5:23
time 11:7
times 4:19
today 4:2
toe 5:8,12,13,15
    5:16,16,18,25
    6:5
track 8:4
traction 7:9
Trailer 4:18
transcript 2:3
    4:15,24 11:6
true 11:6
turns 5:15
two 4:19,20

**U**
underlie 4:9
understand 7:5
United 1:1 2:7
unusual 6:10

**V**
Videoconfere...
    2:21
view 9:7
violations 4:22
    9:20
vs 1:7

**W**
W 1:16

Walker 4:11
watched 8:10
way 6:4
wear 5:23
we'll 8:4
whatsoever 9:20
White 2:22
WILLIAM 1:8
witness 8:22
worth 7:4
worthy 9:8
written 4:16

**X**
XIO857 11:21

**0**
08-1160 1:2 4:4
08102 2:8 3:13
08106 2:22
08690 3:6

**1**
11 1:13 4:24
13 11:21
1337 3:6
15 4:25
18 4:25

**2**
2008 1:13 4:24
    11:21
2010 11:20
251 2:22
26 4:25
27th 4:24

**3**
30X100085700
    2:5
33 3:6
330 3:12

**5**
5 11:20
52.1 4:3,15

**6**
609-586-2257
    3:7

**8**
856-546-1100
    2:23
856-968-9201
    3:13

**9**
9:30 2:8